UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI D. GORDON, on behalf of herself and all others similarly situated<br><br>                    Plaintiff,<br>v.<br><br>THE HAIN CELESTIAL GROUP, INC. and JASON NATURAL PRODUCTS, INC.<br><br>                    Defendants. | Case No. 1:16-cv-6526 KBF<br><br>The Hon. Katherine B. Forrest<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT AND/OR STRIKE CLASS ALLEGATIONS** |

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendants The Hain Celestial Group, Inc. ("Hain Celestial") and Jason Natural Products, Inc. ("Jason") hereby move, pursuant to Rules 12(b)(1), 12(b)(6), and 12(f) of the Federal Rules of Civil Procedure, for an Order dismissing all claims against Hain Celestial, dismissing certain claims against Jason, and striking Plaintiff Lori Gordon's nationwide class action allegations.

Defendants' motion is based on this Notice of Motion, the accompanying Memorandum of Law filed herewith, any reply or supplemental briefing, and any further evidence or argument (including oral argument) that the Court may invite Defendants to present.

Dated:  November 30, 2016        Respectfully submitted,

                                 JENNER & BLOCK LLP


                                 By:   /s/ Dean N. Panos_____
                                       Dean N. Panos (admitted *pro hac vice*)
                                       dpanos@jenner.com
                                       353 N. Clark Street
                                       Chicago, IL 60654
                                       Phone: (312) 222-9350
                                       Facsimile: (312) 527-0484

                                 Attorneys for Defendants