**LAW OFFICES OF THOMAS M. MULLANEY**
Thomas Mullaney (TM 4274)
tmm@mullaw.org
489 Fifth Avenue, Suite 1900
New York, NY 10017
Tel: 212-223-0800

*Attorney for Plaintiff Lori D. Gordon, Individually*

AND

**CARNEY BATES & PULLIAM, PLLC**
Allen Carney (*Pro Hac Vice*)
acarney@cbplaw.com
David Slade (*Pro Hac Vice*)
dslade@cbplaw.com
519 W. 7th Street
Little Rock, AR 72201
(501) 312-8500 Telephone
(501) 312-8505 Facsimile

*Attorneys for the Proposed Settlement Class*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LORI D. GORDON, on behalf of herself and all others similarly situated, | ) ) ) | **No. 1:16-cv-06526** |
| Plaintiff, | ) ) | **PLAINTIFF'S MOTION FOR** |
| v. | ) ) | **APPROVAL OF ATTORNEYS' FEES AND SERVICE AWARD** |
| THE HAIN CELESTIAL GROUP, INC., a Delaware corporation; JASON NATURAL PRODUCTS, INC., a California corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLEASE TAKE NOTICE** that on September 22, 2017, at 9:00 a.m., in the Courtroom of the Honorable Katherine B. Forrest, United States District Judge for the Southern District of New York, Plaintiff Lori D. Gordon and Class Counsel will and hereby do move the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order approving Plaintiff's Motion for Approval of Attorneys' Fees and Service Award.

Plaintiff's Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Law filed herewith; the Declaration of Allen Carney; the Notice Declaration of Brandon Schwartz Regarding Notice and Settlement Administration; the papers filed in support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, the papers filed in support of Plaintiff's Motion for Final Approval of Class Action Settlement, the record in this case, and any additional argument and evidence the Court may consider.

Dated: June 26, 2017            Respectfully submitted,

Thomas Mullaney (TM 4274)
**LAW OFFICES OF THOMAS M. MULLANEY**
489 Fifth Avenue, Suite 1900
New York, NY 10017
Tel: 212-223-0800
tmm@mullaw.org

*Attorney for Plaintiff Lori D. Gordon, Individually*

-AND-

Allen Carney (*Pro Hac Vice*)
David Slade (*Pro Hac Vice*)
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th St
Little Rock, AR 72201
Tel: (501) 312-8500
Fax: (501) 312-8505
acarney@cbplaw.com
toldham@cbplaw.com

*Counsel for the Proposed Settlement Class*

1

      BY:    */s/ Allen Carney*
            ALLEN CARNEY (AR BAR NO. 94122)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on June 26, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

      */s/ Allen Carney*
      ALLEN CARNEY