| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br><br>LORI D. GORDON, on behalf of herself and all<br>others similarly situated,<br><br>                              Plaintiff,<br><br>              -v-<br><br>THE HAIN CELESTIAL GROUP, INC. and<br>JASON NATURAL PRODUCTS, INC.,<br><br>                             Defendants.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: September 12, 2017<br><br><br>16-cv-6526 (KBF)<br><br><br>ORDER |

KATHERINE B. FORREST, District Judge:

      In support of plaintiff's motion for an award of attorneys' fees, reimbursement of expenses and service awards for settlement class representatives (ECF No. 53), plaintiff's counsel is directed to provide to the Court their contemporaneous time records and expense records not later than **Monday, September 18, 2017**.

      SO ORDERED.

      Dated: New York, New York
             September 12, 2017

                                                            _____
                                                                   KATHERINE B. FORREST
                                                                  United States District Judge