# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

LORI D. GORDON, on behalf of herself
and all others similarly situated,

Plaintiff,

v.

THE HAIN CELESTIAL GROUP, INC.,
a Delaware corporation; JASON
NATURAL PRODUCTS, INC.,
a California corporation,

Defendants.

No. 1:16-cv-06526

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 3 2017

**NOTICE OF APPEAL**

PAMELA A. SWEENEY, PRO SE
2672 Mutchler Road
Madison, WI 53711
Phone: 424-488-4383
Email: pam.sweeney1@gmail.com

Notice is hereby given that Class Member/Objector Pamela Sweeney, Pro Se ("Member/Objector") appeals to the United States Court of Appeals for the Second Circuit from the Judgment and Final (Docket No. 64) entered on September 22, 2017. Member/Objector also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Member/Objector or the objection filed by this Member/Objector, including any entered or signed subsequent to this notice of appeal.

Dated: October 17, 2017

Respectfully Submitted,

Pamela Sweeney, Pro Se
2672 Mutchler Road
Madison, WI  53711
Phone: (424)-488-4383
Fax: (561) 395-9390
Email:pam.sweeney1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, October 18, 2017, I caused to be filed this Notice of Appeal, by mailing this Notice of Appeal via First Class U.S. Mail to the Clerk of Courts of the United States District Court for the Southern District of New York at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case. I also electronically mail this Notice of Appeal to counsel via e-mail.

Pamela A. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: 424-299-4383.
Email: pam.sweeney1@gmail.com

